**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| In re: <br> JOCELYN LATEESE CROSS <br> Debtor(s) | Case No. 19-29330-L |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Sylvia Ford Brown, chapter 13 trustee, submits the following Final Report and Account of administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/22/2019, and was converted to chapter 13 on 02/13/2020.

2) The plan was confirmed on 05/13/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/11/2020, 09/25/2020, 09/25/2020, 09/29/2020, 09/29/2020.

4) The trustee filed action to remedy default by the debtor in performance under the plan NA .

5) The case was converted on 11/11/2022.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $11,129.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $35,780.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$35,780.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,800.00 |
| Court Costs | $335.00 |
| Trustee Expenses & Compensation | $3,215.48 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,350.48** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP | Unsecured | 329.00 | 328.93 | 328.93 | 69.17 | 0.00 |
| AT&T CORP | Unsecured | 779.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA BY AMER | Unsecured | 937.00 | 998.04 | 998.04 | 209.88 | 0.00 |
| CHASE CARD | Unsecured | 6,781.00 | NA | NA | 0.00 | 0.00 |
| DESOTO FAMILY MEDICAL CENTE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| GREAT LAKES EDUCATIONAL LOA | Unsecured | 18,584.00 | NA | NA | 0.00 | 0.00 |
| KIRKSCEY & FLEXSENHAR ATTORN | Unsecured | 9,733.33 | 10,069.21 | 10,069.21 | 2,117.54 | 0.00 |
| METHODIST HEALTHCARE | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MILLER AND STEENO PC | Unsecured | 1,568.09 | NA | NA | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 3,979.00 | 3,978.85 | 3,978.85 | 836.75 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Unsecured | 7,091.00 | 7,400.42 | 7,400.42 | 1,556.29 | 0.00 |
| NAVY FEDERAL CREDIT UNION | Secured | 9,900.00 | 7,400.00 | 7,400.00 | 7,400.00 | 462.51 |
| NAVY FEDERAL CREDIT UNION | Unsecured | NA | 2,556.04 | 2,556.04 | 537.52 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | NA | 13,428.21 | 13,428.21 | 13,428.21 | 1,060.74 |
| RESURGENT CAPITAL SERVICES | Unsecured | 2,061.00 | 2,002.89 | 2,002.89 | 421.21 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 643.47 | 643.47 | 135.32 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 924.29 | 924.29 | 194.38 | 0.00 |
| SHELBY COUNTY TRUSTEE | Secured | 314.89 | 314.89 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK | Unsecured | 1,327.00 | NA | NA | 0.00 | 0.00 |
| US BANKRUPTCY COURT | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| US TRUSTEE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| WESTERN FUNDING | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $20,828.21 | $20,828.21 | $1,523.25 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$20,828.21** | **$20,828.21** | **$1,523.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,902.14** | **$6,078.06** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,350.48 |
| Disbursements to Creditors | $28,429.52 |
| **TOTAL DISBURSEMENTS :** | **$35,780.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administ[rative] matters for which the trustee is responsible have been completed. The trustee requests that the tru[stee] be discharged and granted such relief as may be just and proper.

Dated: 11/15/2022                          By: /s/ Sylvia Ford Brown
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**