# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Case No.: 19–29330

Chapter: 7

Jocelyn Lateese Cross

Adversary Proceeding No.

Debtor(s).

## NOTICE OF DOCUMENTS THAT REMAIN MISSING AND/OR INCOMPLETE

**You are reminded that all documents submitted in this case must comply with the current version of this Court's Guidelines for Electronic Filing, which is available for viewing at** www.tnwb.uscourts.gov. Only non–attorneys or persons who are not represented by an attorney may file paper documents (without express leave of the court).

### DEFICIENCIES REGARDING THE PETITION

Pursuant to 11 U.S.C. § 521(a)(1) and local orders of the Court, debtors must file a creditor matrix with their petition or within seven (7) business days thereafter. In addition, for example, pursuant to §521(a)(1) in a voluntary case the debtor must also file a schedule of assets and liabilities, a schedule of current income and current expenditures, and pro se debtors must file the certificate that the debtor has received and read the 2010 Notice to Individual Consumer Debtors. Pursuant to Fed. R. Bankr. P. 1007(b)(7), the debtor additionally must file a statement regarding completion of a course in personal financial management prepared as prescribed by Official Form No. 423.

### FAILURE TO COMPLY WITH THESE REQUIREMENTS MAY RESULT IN THE DISMISSAL OF YOUR BANKRUPTCY CASE WITHOUT FURTHER NOTICE.

The following documents were not submitted with the petition filed in this case:

- ☑ **106Sum Summary – A Summary of Assets and Liabilities and Certain Statistical Information (Individuals)**
- ☑ **106 A/B: Schedule A/B – Property – Real and Personal Property (Individuals)**
- ☑ **106C: Schedule C – Property Claimed as Exempt (Individuals)**
- ☑ **106D: Schedule D – Creditors Who Hold Claims Secured by Property (Against Individuals)**
- ☑ **106E/F: Schedule E/F – Creditors Who Have Unsecured Claims (Against Individuals – priority or non–priority**
- ☑ **106G: Schedule G – Executory Contracts and Unexpired Leases (Individuals)**
- ☑ **106H: Schedule H – Co–Debtors (Individuals)**
- ☑ **106I: Schedule I – Income (Individuals)**
- ☑ **106J: Schedule J – Expenses (Individuals)**
- ☑ **106Dec Declaration – Declaration About Debtor.s Schedules (Individuals)**
- ☑ **107 – Statement of Financial Affairs for Individuals filing for Bankruptcy**
- ☑ **108 – Statement of Intention for Individuals Filing Under Chapter 7**
- ☑ **122A–1 Chapter 7 Statement of Current Monthly Income**
- ☑ **2030 Attorney Fee Disclosure Statement**

**Lisa H. Haney CLERK, U.S. BANKRUPTCY COURT**

**By: Kiesha Crutcher**
**Dated:  November 22, 2022**
**200 Jefferson Avenue, Suite 500**
**Memphis, TN 38103**

[ntcdefja][Deficiencies Regarding the Petition ]