# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re  
Jocelyn Lateese Cross , xxx–xx–4390  
Debtor*

Bankruptcy Case No.  19–29330  
Chapter  7

Last four digits of Social–Security or Individual Taxpayer–  
Identification (ITIN) No(s).,(if any):  
Employer Tax–Identification (EIN) No(s).(if any):

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Brian Matthew Glass is discharged as trustee of the estate of the above–named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc: Trustee:  Brian Matthew Glass  
    Attorney:  William W. Newell

Date:   February 23, 2023

*/s/ Jennie D. Latta*

**United States Bankruptcy Judge**

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

**[fd72710]** [Final Decree – 12/01/2015]