# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TENNESSEE

In re

Jocelyn Lateese Cross , xxx−xx−4390
Debtor*

Last four digits of Social−Security or Individual Taxpayer−
Identification (ITIN) No(s).,(if any):
Employer Tax−Identification (EIN) No(s).(if any):

Bankruptcy Case No.  19−29330
Chapter  7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Brian Matthew Glass  is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

☑ the chapter 7 case of the above named debtor is closed; and

☐ other provisions as needed

cc:  Trustee:  Brian Matthew Glass
     Attorney:  William W. Newell

Date:  February 23, 2023

_United States Bankruptcy Judge_

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Bankruptcy Rule 1005). For joint debtors set forth both social security numbers.

[fd72710] [Final Decree − 12/01/2015]

United States Bankruptcy Court

Western District of Tennessee

In re:     Case No. 19-29330-jdl

Jocelyn Lateese Cross     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0651-2     User: ao1492bnc     Page 1 of 2

Date Rcvd: Feb 23, 2023     Form ID: fd7     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jocelyn Lateese Cross, 3645 Firethorne Dr., Memphis, TN 38115-4933 |
| aty | + William W. Newell, Reaves Law Firm, PLLC, 1991 Corporate Ave., Suite 310, Memphis, TN 38132-1715 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + Email/Text: bglass@stokesandglass.com | Feb 23 2023 22:09:00 | Brian Matthew Glass, Chapter 7 Trustee, 5050 Poplar Ave., Suite 1710, Memphis, TN 38157-1710 |
| ust | + Email/Text: ustpregion08.me.ecf@usdoj.gov | Feb 23 2023 22:10:00 | U.S. Trustee, Office of the U.S. Trustee, One Memphis Place, 200 Jefferson Avenue, Suite 400, Memphis, TN 38103-2383 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Matthew Glass | bglass@stokesandglass.com bmg@trustesolutions.net |
| U.S. Trustee | |

District/off: 0651-2 | User: ao1492bnc | Page 2 of 2
Date Rcvd: Feb 23, 2023 | Form ID: fd7 | Total Noticed: 4

ustpregion08.me.ecf@usdoj.gov

William W. Newell
    on behalf of Debtor Jocelyn Lateese Cross William.newell@beyourvoice.com patrice.moses@beyourvoice.com

TOTAL: 3